UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

KEY EQUIPMENT FINANCE, INC.,

    Plaintiff,

vs.

COOL EXPRESS OF WISCONSIN, INC.,

    Defendant.

ENTRY OF DEFAULT

08-cv-266-bbc

---

Plaintiff requests that the clerk of court enter default against defendant Cool Express of Wisconsin, Inc. pursuant to Federal Rule of Civil Procedure 55(a). It appearing from the record that defendant has failed to appear, plead, or otherwise defend, the default of defendant Cool Express of Wisconsin, Inc. is hereby entered pursuant to Federal Rule of Civil Procedure 55(a).

Dated this 23rd day of June, 2008.

/s/
Theresa M. Owens
Clerk of Court