UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

KEY EQUIPMENT FINANCE, INC.,

          Plaintiff,          Case No. 08-CV-0266

vs.

COOL EXPRESS OF WISCONSIN, INC.,

          Defendant.

## ORDER FOR DEFAULT JUDGMENT

In accordance with plaintiff's motion, the Court, having considered the pleadings and documents on file, finds as follows:

1. This is an action for breach of contract. Defendant Cool Express of Wisconsin, Inc. entered into a lease agreement with plaintiff Key Equipment Finance, Inc., pursuant to which plaintiff provided to defendant certain GPS tracking and communication devices. Defendant failed to pay the amounts due under the lease agreement, but has retained the equipment furnished pursuant to the lease agreement.

2. An Order of Default was entered on June 23, 2008, adjudging the defendant, to be in default.

3. Based upon the undisputed facts, the Court finds that $75,271.87 is due and owing to Key Equipment Finance, Inc., pursuant to the terms of the lease agreement. This amount is exclusive of costs and attorneys' fees demanded in the Complaint. Plaintiff shall also be entitled to attorneys fees in an amount to be decided by the Court after application for same.

4. The Court finds that plaintiff is entitled to default judgment against the defendant, Cool Express of Wisconsin, Inc., in the amount of $75,271.87 as a matter of law.

## JUDGMENT

It is ORDERED that default judgment be entered against Cool Express of Wisconsin, Inc., consistent with the findings set forth above.

DATED this 31st day of July, 2008.

Barbara B. Crabb
BARBARA B. CRABB
UNITED STATES DISTRICT JUDGE

Entered this 31st day of July, 2008.

Joel W. Turner, Acting Clerk