UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

KEY EQUIPMENT FINANCE, INC.,

        Plaintiff,

vs.

COOL EXPRESS OF WISCONSIN, INC.,

        Defendant.

Case No. 08-CV-0266

## ORDER AWARDING TO PLAINTIFF ATTORNEYS' FEES AND COSTS

Upon review and consideration of plaintiff's Motion for Award of Attorneys' Fees and Costs, and the Court's Order for Default Judgment dated July 31, 2008:

IT IS HEREBY ORDERED:

Plaintiff is awarded its reasonable fees and costs in the amount of $6,828.20.

DATED this ~~13th day of July, 2008~~ 29th day of August, 2008.

                                                *Barbara B. Crabb*
                                              BARBARA B. CRABB
                                              UNITED STATES DISTRICT JUDGE

WHD\5968191.1