IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

KEY EQUIPMENT FINANCE, INC.,

    Plaintiff,

v.

COOL EXPRESS OF WISCONSIN, INC.,

    Defendant.

AMENDED JUDGMENT
IN A CIVIL CASE

Case No. 08-CV-266-BBC

    This action came for consideration before the court with DISTRICT JUDGE BARBARA B. CRABB presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of plaintiff, Key Equipment Finance, Inc. GRANTING the motion for attorney fees and costs against defendant, Cool Express of Wisconsin, Inc. in the amount of $6,828.20.

_____       _____9-2-08_____
Joel W. Turner, Acting Clerk of Court       Date